1  Renée Welze Livingston – SBN 124280
   LIVINGSTON LAW FIRM
2  A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel: (925) 952-9880
   Fax: (925) 952-9881
5  Email: rlivingston@livingstonlawyers.com

6  Attorneys for Defendant
7  TARGET CORPORATION

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10  KELLIE LYNCH,                        ) Case No. 2:19-CV-00700-MCE-DMC
                                         )
11              Plaintiff,               ) [Butte County Superior Court Case
                                         ) No. 19CV00933]
12     vs.                               )
13                                       ) **STIPULATION AND PROPOSED**
    TARGET CORPORATION;                  ) **ORDER TO MODIFY INITIAL**
14  AND DOES 1 - 50, Inclusive           ) **PRETRIAL SCHEDULING ORDER TO**
                                         ) **ALLOW FRCP 35 PHYSICAL**
15              Defendants.              ) **EXAMINATION OF PLAINTIFF**
                                         ) **KELLIE LYNCH AFTER CLOSE OF**
16                                       ) **DISCOVERY**
17

18
          Plaintiff KELLIE LYNCH and defendant TARGET CORPORATION (hereinafter
19
    "TARGET"), by and through their respective counsel, hereby stipulate as follows:
20
          WHEREAS, plaintiff filed the instant action against TARGET in Butte County Superior
21
    Court on March 25, 2019, alleging premises liability and negligence;
22
          WHEREAS, TARGET removed the action to United States District Court for the Eastern
23
    District of California on or about April 25, 2019;
24
          WHEREAS, the Court issued an Initial Pretrial Scheduling Order on April 26, 2019,
25
    where in Section II. Discovery, the Court ordered, "All discovery, with the exception of expert
26
    discovery, shall be completed no later than three hundred sixty-five (365) days from the date the
27

28  *Lynch v. Target Corporation,* Case No. 2:19-CV-00700-MCE-DMC
    STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER TO ALLOW FRCP 35
    PHYSICAL EXAMINATION OF PLAINTIFF KELLIE LYNCH AFTER CLOSE OF FACT DISCOVERY

1 | federal case was opened."

2 | WHEREAS, plaintiff alleges she slipped and fell at TARGET and sustained personal

3 | injuries, including but not necessarily limited to her right wrist, right arm, neck, upper back, mid-

4 | back, low back, hip, leg and buttocks;

5 | WHEREAS, plaintiff has placed the above-mentioned body parts at issue in this action

6 | and good cause exists for a physical examination.

7 | WHEREAS, the parties previously signed a Stipulation Pursuant to Federal Rule of Civil

8 | Procedure 35 for Physical Examination of Plaintiff Kellie Lynch by Robert M. Szabo, M.D. to be

9 | conducted on March 27, 2020;

10 | WHEREAS, the COVID-19 pandemic and Shelter in Place orders prevented plaintiff

11 | from attending the scheduled examination as well as a subsequently scheduled examination on

12 | April 20, 2020, and defendant TARGET has been prevented from conducting a necessary

13 | physical examination of plaintiff;

14 | WHEREAS, the parties have stipulated to allow the physical examination of plaintiff by

15 | Dr. Szabo to take place on May 22, 2020 commencing at 2:00 p.m. at University of California,

16 | Davis, School of Medicine, Department of Orthopedics, 4860 Y Street, Suite 3800, Sacramento,

17 | CA 95817;

18 | NOW THEREFORE, the parties stipulate and request the Court to modify its Initial

19 | Pretrial Scheduling Order to allow the physical examination of plaintiff KELLIE LYNCH by Dr.

20 | Szabo beyond three hundred sixty-five days from the date the federal case was opened, on May

21 | 22, 2020.

22 | Dated:  April 22, 2020                                HASLERUD LAW OFFICE

23 |

24 |                                                                    */s/ Michael A. Landsem*

   |                                                        By _____

25 |                                                                  Michael A. Landsem

26 |                                                                  Attorneys for Plaintiff
   |                                                                  KELLIE LYNCH

27 |

28 | *Lynch v. Target Corporation,* Case No. 2:19-CV-00700-MCE-DMC
   | STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER TO ALLOW FRCP 35
   | PHYSICAL EXAMINATION OF PLAINTIFF KELLIE LYNCH AFTER CLOSE OF FACT DISCOVERY

1

2    Dated:  April 24, 2020                    LIVINGSTON LAW FIRM

3

4                                                    */s/ Renée Welze Livingston*
                                            By _____
5                                                    Renée Welze Livingston
                                                    Attorneys for Defendant
6                                                    TARGET CORPORATION

7

8                                    **ORDER**

9          PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE

10   APPEARING, the Court hereby modifies its Initial Pretrial Scheduling Order to allow Defendant

11   TARGET CORPORATION to conduct a physical examination of plaintiff KELLIE LYNCH by

12   Robert M. Szabo, M.D. on May 22, 2020.

13

14   Dated:  April 24, 2020

15                                            _____
                                             DENNIS M. COTA
16                                           UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28   *Lynch v. Target Corporation,* Case No. 2:19-CV-00700-MCE-DMC
     STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER TO ALLOW FRCP 35
     PHYSICAL EXAMINATION OF PLAINTIFF KELLIE LYNCH AFTER CLOSE OF FACT DISCOVERY