Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE LYNCH, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION; <br> AND DOES 1 - 50, Inclusive <br><br> Defendants. | Case No. 2:19-CV-00700-MCE-DMC <br><br> [Butte County Superior Court Case No. 19CV00933] <br><br> **JUDGMENT AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

On April 22, 2020, defendant TARGET CORPORATION served Defendant Target Corporation's Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68.  On May 13, 2020, plaintiff KELLIE LYNCH served defendant with a Notice of Acceptance of Offer of Judgment.  TARGET CORPORATION filed the Acceptance of Offer with this Court the same day.

Pursuant to Federal Rule of Civil Procedure 68, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Plaintiff KELLIE LYNCH shall have judgment against TARGET CORPORATION for a waiver of recoverable costs;

2. Each party shall bear its own costs; and

///

///

3. All claims asserted by plaintiff KELLIE LYNCH against defendant TARGET CORPORATION are dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Approval as to Form:

HASLERUD LAW OFFICE

By: */s/ Michael A. Landsem*
    Michael A. Landsem, Esq.

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Michael A. Landsem, counsel for KELLIE LYNCH and that I have obtained Mr. Landsem's authorization to affix his electronic signature to this document.

Dated: July 2, 2020                    LIVINGSTON LAW FIRM

                                       By:  */s/ Renée Welze Livingston*
                                            Renée Welze Livingston
                                            Attorneys for Defendant
                                            TARGET CORPORATION